# Notice Recipients

District/Off: 0208−1  User:  Date Created: 7/9/2020
Case: 20−11596−cgm  Form ID: 309I  Total: 47

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jodi A Knox | 251 West 92nd Street Apt. 6C   New York, NY 10025 |
| ust | United States Trustee | Office of the United States Trustee   U.S. Federal Office Building   201 Varick Street, Room 1006   New York, NY 10014 |
| tr | Krista M. Preuss | Chapter 13 Standing Trustee   399 Knollwood Road   White Plains, NY 10603 |
| aty | Norma E. Ortiz | Ortiz & Ortiz, LLP   32−72 Steinway Street   Suite 402   Astoria, NY 11103 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551   Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor   Attn: Legal Affairs – Devora Cohn   Brooklyn, NY 11201−3719 |
| 7732751 | Allied Interstae, LLC | PO Box 19066   Minneapolis, MN 55419 |
| 7732752 | Allied Interstate, LLC | PO Box 19066   Minneapolis, MN 55419 |
| 7732753 | American Medical Collection Agency | 4 Westchester Plaza # 110   Elmsford, NY 10523 |
| 7732754 | Aronson, Mayefsky & Sloan | 12 East 49th Street   New York, NY 10017 |
| 7732755 | Ascendium Ed. Solutions | Navient   POB 9460 (MC E 2142)   Wilkes Barre, PA 18773 |
| 7732756 | Ascendium Education Solutions | c/o Navient   P.O Box 9460   Wilkes Barre, PA 18773 |
| 7732757 | Barclays Bank Delaware | c/o Portfolio Recovery   POB 12914   Norfolk, VA 23541 |
| 7732758 | Briana Denney | c/o Parmet Zhou & Denny   60 East 42nd Street   New York, NY 10165 |
| 7732760 | CCRM NY | 810 Seventh Ave   21st Flr   New York, NY 10019 |
| 7732759 | Capital One Bank | PO Box 30281   Salt Lake City, UT 84130−0281 |
| 7732761 | Charles J. Cooper | 15446 N Greenway Hayden Loop   Unit 3045   Scottsdale, AZ 85260 |
| 7732762 | Connecticut Light and Power | P.O. Box 270   Hartford, CT 06141 |
| 7732763 | Connecticut Light and Power | POB 1500   Hartford, CT 06144 |
| 7732764 | Connecticut Light and Power | Solomon & Solomon   1 COLUMBIA CIR   Albany, NY 12203 |
| 7732765 | Consolidated Edison of New York, Inc. | Att. Law Department   4 Irving Place, RM 1875   New York, NY 10003 |
| 7732766 | Continental Service Group, Inc | 200 CrossKeys Office Park   Fairport, NY 14450 |
| 7732767 | Convergent Outsourcing | POB 9004   Renton, WA 98057 |
| 7732768 | Finkel Whitefield & Selik | 32300 Northwestern Highway   Ste. 200   Farmington, MI 48334 |
| 7732769 | Fredman Baken & Kosan | c/o Peter Ackerman   222 Mamaroneck Ave, Ste. 202   White Plains, NY 10605 |
| 7732770 | Genpath | 481 Edward H. Ross Dr.   Elmwood Park, NJ 07407 |
| 7732771 | Internal Revenue Service | PO Box 7346   Centralized Insolvency Agency   Philadelpia, PA 19101−7346 |
| 7732773 | James P. McGinnis | 45 East 89th Street   Apt. 11C   New York, NY 10128 |
| 7732772 | James P. McGinnis | c/o Parmet Zhou & Denney   60 East 42nd Street, 40th Flr.   New York, NY 10165 |
| 7732774 | Key Bank | American Education Services   POB 2461   Harrisburg, PA 17105 |
| 7732775 | NJ EZ Pass | c/o Professional Account   POB 1520   Milwaukee, WI 53201 |
| 7732776 | NYS Dept of Tax And Finance | Bankruptcy Section   PO Box 5300   Albany, NY 12205−0300 |
| 7732777 | Performant Recovery, Inc. | P.O Box 9054   Pleasanton, CA 94566 |
| 7732778 | Portfolio Recovery Associates | 150 CORPORATE BLVD   Norfolk, VA 23502 |
| 7732779 | Professional Account Management, LLC | P.O Box 1520   Milwaukee, WI 53201 |
| 7732780 | Radius Global Solution | 7831 GLENROY RD STE 250   Minneapolis, MN 55439 |
| 7732781 | Richard Pu | 120 E 90th Street   New York, NY 10128 |
| 7732782 | Roxborough Apartment Corp | 251 West 92nd Street   New York, NY 10025 |
| 7732783 | Rudd Realty Management Corp. | 641 Lexington Ave.   10th Flr   New York, NY 10022 |
| 7732784 | Rudd Realty Management Corp. | Roxborough Apartment Corp.   251 West 92nd Street   New York, NY 10025 |
| 7732785 | Solomon & Solomon | 1 COLUMBIA CIR   Albany, NY 12203 |
| 7732787 | US Airways Mastercard | POB 13337   Philadelphia, PA 19101 |
| 7732786 | Unique Management Services, Inc. | 119 East Maple Street   Jeffersonville, IN 47130 |
| 7732788 | Wells Fargo Financial National Bank | PO Box 660431   Dallas, TX 75266 |
| 7732789 | Wells Fargo Financial National Bank | WF/Raymour and Flanigan   PO BOX 14517   Des Moines, IA 50306 |

TOTAL: 47