Lawrence F. Morrison, Esq.
MORRISON TENENBAUM PLLC
87 Walker Street, Floor 2
New York, New York 10013
Tel: (212) 620-0938
*Attorneys for James McGinnis*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

        JODI A. KNOX,

                      Debtor.

Chapter 13
Case No. 20-11596 (CGM)

-----------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned now hereby appears as counsel for James McGinnis, creditor, in the above-captioned case and that all notices given or required to be given, and all papers served or required to be served, be given and served upon:

        **MORRISON TENENBAUM PLLC**
        87 Walker Street, Floor 2
        New York, New York 10013
        Attn: Lawrence F. Morrison, Esq.
        Tel: (212) 620-0938
        Fax: (646) 998-1972
        Email: LMorrison@m-t-law.com

Dated:  New York, New York
           April 5, 2021

        **MORRISON TENENBAUM, PLLC**

        By: */s/ Lawrence F. Morrison*
            Lawrence F. Morrison, Esq

Cc: Debtor's Counsel (Via ECF)