B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __New York__

In re __Jodi A. Knox__, Case No. __21-11596__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __6-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __05/05/21__ (date).

Name of Alleged Transferor

FINKEL WHITEFIELD SELIK
C/O ERIC T. WEISS

Name of Transferee

JAMES MCGINNIS

Address of Alleged Transferor:

2026 HARBOR VILLAGE AVENUE,
KEEGO HARBOR, MICHIGAN 48320

Address of Transferee:

LAWRENCE F. MORRISON, ESQ
MORRISON + TENENBAUM PLLC
87 WALKER STREET, FLOOR 2,
NEW YORK, NEW YORK 1001

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                              _____
                                                            **CLERK OF THE COURT**