UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                                        Case No. 20-11596-cgm

JODI  A. KNOX,                                                Chapter 13

                         Debtor.
--------------------------------------------------------X

**ORDER DENYING CREDITOR'S MOTION FOR AN ORDER PURSUANT TO
BANKRUPTCY RULE 2004 AUTHORIZING CREDITOR TO ISSUE A
SUBPOENA TO CONDUCT AN EXAMINATION OF AND TO OBTAIN
DOCUMENTS FROM DEBTOR JODI A. KNOX**

Upon the Application ("Application") of James McGinnis as an Assignee of Creditor

Finkel Whitefield Selik ("Creditor") for the entry of an order pursuant to Rule 2004 of the

Federal Rules of Bankruptcy Procedure authorizing Creditor to issue a subpoena to conduct an

examination of and to obtain documents from Jodi Knox; a hearing on the Application having

been held on June 24, 2021; the Court having considered the evidence and documents submitted

to the Court by the parties and set forth on the record before it; and the Court having found, for

the reasons stated on the record, that the objection by Jodi A. Knox to the relief sought warranted

denial of the Application; it is hereby

ORDERED, that the Application is denied in its entirety.



**/s/ Cecelia G. Morris**

**Dated: July 2, 2021**                          _____
**Poughkeepsie, New York**                       **Hon. Cecelia G. Morris**
                                                 **Chief U.S. Bankruptcy Judge**