UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                Case No. 20-11596-cgm

JODI A. KNOX,                             Chapter 13

               Debtor.
-------------------------------------------------------X

## ORDER DENYING CREDITOR'S OBJECTION TO CONFIRMATION OF PLAN

Upon the Objection ("Objection") of James McGinnis to the entry of an order confirming the Debtor's proposed plan of reorganization [ECF No. 30]; the Debtor having responded to the Objection and a hearing having been held by the Court; the Court having considered the arguments and documents submitted to the Court by the parties and set forth on the record before it; and the Court having found, for the reasons stated on the record, that the Objection should be overruled; it is hereby

ORDERED, that the Objection is denied in its entirety.



**Dated: October 8, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**