UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                  Case No. 20-11596

Jodi A Knox
*aka Jodi Knox McGuinnis*                               Chapter 13

                    Debtor(s)
SSN xxx-xx-7637      SSN xxx-xx-
-------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

    The Debtor's plan was filed on July 22, 2020 and (if applicable) was modified on August 19, 2021 (the "Plan"). The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. §1325.

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



**Dated: December 14, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge